| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of  Delaware (State) |
| Case number (If known): _____ Chapter 11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  MOM BS Investco LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   86 – 4006180

4. **Debtor's address**

   **Principal place of business**
   520 Newport Center Drive # 480
   Number     Street

   Newport Beach, CA 92660
   City                State    ZIP Code

   Orange County
   County

   **Mailing address, if different from principal place of business**
   Number     Street

   P.O. Box

   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number     Street

   City                State    ZIP Code

5. **Debtor's website** (URL)   N/A

Debtor  MOM BS Investco LLC                              Case number (*if known*)_____
        Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5  3  1  3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☒ No
   - ☐ Yes.  District _____ When _____ Case number _____
                                                  MM / DD / YYYY
               District _____ When _____ Case number _____
                                                  MM / DD / YYYY

Debtor    <u>MOM BS Investco LLC</u>                       Case number *(if known)*_____
          Name

| | | |
|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☐ No <br> ☒ Yes.    Debtor _____See attached_____       Relationship _____ <br>             District _____       When _____ <br>                                                                                MM / DD / YYYY <br>             Case number, if known _____ | |
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:* <br><br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br><br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>      What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br><br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br><br> ☐ Other _____ <br><br> **Where is the property?**_____ <br>                       Number      Street <br>            _____ <br>            _____     _____ _____ <br>            City                                        State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>             Contact name _____ <br>             Phone _____ | |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** **Debtor's estimation of available funds** | *Check one:* <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14.** **Estimated number of creditors** | ☒ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |

Debtor __MOM BS Investco LLC__                                                         Case number (*if known*)_____
           Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/28/2025_____

✘ __/s/ Jason Everett Miller_____         _____Jason Everett Miller_____
Signature of authorized representative of debtor                Printed name

Title __Manager of MOM BS Manager LLC, sole managing manager of MOM BS Investco LLC

**18. Signature of attorney**

✘ __/s/ Christopher M. Samis_____         Date __02/28/2025_____
Signature of attorney for debtor                                    MM / DD / YYYY

   __Christopher M. Samis_____
   Printed name
   __Potter Anderson & Corroon LLP_____
   Firm name
   __1313 North Market Street, 6th Floor_____
   Number      Street
   __Wilmington_____  __DE____  __19801_____
   City                                     State    ZIP Code

   __(302) 984-6000_____                __csamis@potteranderson.com__
   Contact phone                              Email address

   __4909_____                          __DE_____
   Bar number                                State

## List of Affiliate Debtors Filing Chapter 11 Cases

| Debtor | Relationship | District | Filing Date |
|---|---|---|---|
| MOM AS Investco LLC | Affiliate | Delaware | February 28, 2025 |
| MOM BS Investco LLC | Affiliate | Delaware | February 28, 2025 |
| MOM CA Investco LLC | Affiliate | Delaware | February 28, 2025 |

**WRITTEN CONSENT OF THE SOLE MANAGING MANAGER
OF MOM BS INVESTCO LLC**

**February 27, 2025**

WHEREAS MOM BS MANAGER LLC, the sole Managing Manager (the "Managing Manager") of MOM BS INVESTCO LLC, a Delaware Limited Liability Company (the "Company"), does hereby consent to, adopt, and approve by written consent, in accordance with sections 18-302 and 18-404 of the Delaware Limited Liability Company Act, the following resolutions and each and every action affected thereby;

WHEREAS in the business judgment of the Managing Manager, it is desirable and in the best interests of the Company that the Company shall be, and hereby is, in all respects, authorized to file, or cause to be filed, a voluntary petition (a "Bankruptcy Petition") for relief commencing a case (the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS the Managing Manager has reviewed and considered information available to it and presented by its advisors, as applicable, regarding the liabilities, assets, and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the financial and operational condition of the Company;

WHEREAS the Managing Manager has reviewed and considered the need for the Authorized Person (as defined below) to take further actions to carry out the intent and purpose of the following resolutions, perform the obligations of the Company under the Bankruptcy Code, and pay fees and expenses in connection with the transactions contemplated by the below resolutions;

WHEREAS the Managing Manager has reviewed and considered certain actions that may have been taken previously by any director, officer, employee, manager, member, or agent of the Company in connection with or with respect to the matters set forth in the below resolutions; and

WHEREAS the Managing Manager desires to approve the following resolutions with respect to the Company.

**CHAPTER 11 CASE**

NOW, THEREFORE, BE IT RESOLVED that the Managing Manager hereby authorizes and empowers Mark Shinderman (the "Authorized Person") in the name and on behalf of the Company, to execute and file a petition to commence a case and obtain relief under chapter 11 of the Bankruptcy Code (a case commenced as a result of the voluntary petition, a "Chapter 11 Case" and, collectively and jointly with any cases to be commenced by an affiliate of the company (the "Affiliated Companies"), the "Chapter 11 Cases") in the Bankruptcy Court and to cause the schedules, lists, applications, pleadings, and other motions, papers, agreements, consents, or documents to be filed, and take any and all actions that they deem necessary or proper to obtain relief from the Bankruptcy Court, including, without limitation, any action necessary to maintain

the operation of the Company's business in the ordinary course.

## RETENTION OF PROFESSIONALS

IT IS FURTHER RESOLVED, that the Managing Manager hereby authorizes and empowers the Authorized Person, in the name and on behalf of the Company, to employ or continue to employ certain firms as counsel, consultants, professionals, or financial advisors to the Company as such Authorized Person may deem advisable, appropriate, convenient, desirable, or necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, that the Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of such firms.

IT IS FURTHER RESOLVED, that the Authorized Person be, and they hereby is, authorized and directed to employ (a) the law firm of Buchalter, a Professional Corporation ("Buchalter"), as lead restructuring counsel, (b) the law firm of Potter Anderson & Corroon LLP ("Potter Anderson"), as restructuring co-counsel, local counsel, and, to the extent necessary, conflicts counsel, (c) FTI Consulting, Inc. ("FTI"), acting through Mark Shinderman or such other person as may be determined by the Authorized Person, as chief restructuring officer of the Company (the "CRO"), and (d) any other legal counsel, accountant, financial advisor, claims agent, restructuring advisor, broker, or other professional the Authorized Person deems necessary, appropriate, or advisable to retain (together with Buchalter, Potter Anderson, and FTI, the "Retained Professionals") in each case, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, the Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of each of the Retained Professionals;

IT IS FURTHER RESOLVED that the Authorized Person be, and they hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, claims agents, and other professionals and to take and perform any and all further acts and deeds that the Authorized Person deems necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case.

## GENERAL

IT IS FURTHER RESOLVED that any and all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions and done in the name of and on behalf of the Company, which would have been approved by the foregoing resolutions if these resolutions had been adopted before such acts were taken, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution

of the Company; and

IT IS FURTHER RESOLVED that the Managing Manager, with respect to the Company, has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

IN WITNESS WHEREOF, the undersigned has executed this Consent as of this 27th day of February, 2025.

MOM BS Manager LLC, sole managing manager of MOM BS Investco LLC

By: */s/ Jason Everett Miller*

Jason Everett Miller, Manager

12078496v.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
MOM BS Investco LLC,[1] : Case No. 25- [____] (___)
:
Debtor. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-caption debtor.

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| MOM BS Investor Group LLC | 80.1% |
| Mohammed Honarkar | 19.9% |

---

[1] The Debtor's mailing address is 520 Newport Center Drive # 480, Newport Beach, CA 92660, and the last four digits of the Debtor's federal tax identification number are 6180.

**Fill in this information to identify the case:**

Debtor name __MOM BS Investco LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | A&S Accounting Solutions<br>321 5th Street<br>Huntington Beach, CA 92648 | Audra L. Purdy<br>678-404-5539 | Professional Services | | | | Unknown |
| 2 | Allen Matkins<br>865 S. Figueroa St., Ste. 2800<br>Los Angeles, CA | Mike Farrell<br>mfarrell@allenmatkins.com | Professional Services | | | | Unknown |
| 3 | Berkeley Research Group LLC<br>550 Gioe St., Ste. 2150<br>Los Angeles, CA 90071 | Dave M. Johnson<br>510-285-3300 | Professional Services | | | | Unknown |
| 4 | BPM LLP<br>2001 N. Main St., Ste. 360<br>Walnut Creek, CA 94596 | Dave Jorgensen<br>714-558-3236 | Professional Services | | | | Unknown |
| 5 | Capitol Corporate Services, Inc.<br>L-4361<br>Columbus, OH 43260 | Lo Saechao<br>lsaechao@capitolservices.com | Professional Services | | | | Unknown |
| 6 | Corporate Filings LLC<br>30 N. Gould St., Ste. 7001<br>Sheridan, WY 82801 | Riley Park<br>307-459-6380 | Professional Services | | | | Unknown |
| 7 | CS Disco, Inc.<br>111 Congress Ave., Ste. 900<br>Austin, TX 78701 | Michael Lafair<br>support@csdisco.com | Professional Services | | | | Unknown |
| 8 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0511 | Malia M. Cohen<br>1-800-852-5711 | Tax | | | | Unknown |

Debtor  MOM CA Investco LLC       Case number (*if known*)_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | JAMS, Inc.<br>PO Box 845402<br>Los Angeles, CA 90084 | Kimberly Taylor<br>949-224-1810 | Professional Services | | | | Unknown |
| 10 | Judicate West<br>1851 E. First St., Ste. 1600<br>Santa Ana, CA 92705 | Nicole Sammartino King<br>714-534-1340 | Professional Services | | | | Unknown |
| 11 | Kendall Brill & Kelly LLP<br>10100 Santa Monica Blvd., Ste. 1725<br>Los Angeles, CA 90067 | Richard Kendall<br>310-556-2700 | Professional Services | | | | Unknown |
| 12 | Marula Capital Group LLC<br>1901 Avenue of the Stars, Ste. 200<br>Los Angeles, CA 90067 | Wayne Platt<br>wplatt@marlacap.com | Professional Services | | | | Unknown |
| 13 | Nano Banc<br>7755 Irvine Center Dr. Fl. 3<br>Irvine, CA 92618 | Max Predergast<br>mprendergrast@nanobanc.com | Bank loans | Contingent Unliquidated Disputed | | | Unknown |
| 14 | Prenovost, Normandin, Dawe & Rocha<br>2122 N. Broadway, Ste. 200<br>Santa Ana, CA 92706 | Jan Wade<br>jwade@pnbd.com | Professional Services | | | | Unknown |
| 15 | Regal Court Reporters<br>1551 N. Tustin Ave. # 750<br>Santa Ana, CA 92705 | Marissa Halo<br>714-634-4126 | Professional Services | | | | Unknown |
| 16 | Sandline Discovery, LLC<br>105 N. Virginia Ave., Ste. 302<br>Falls Church, VA 22046 | Cara Lemire<br>571-888-3366 | Professional Services | | | | Unknown |
| 17 | SETEC Investigations<br>145 S. Fairfax Ave., Ste. 200<br>Los Angeles, CA 90036 | Todd Stefan<br>800-748-5440 | Professional Services | | | | Unknown |
| 18 | Wayne Platt<br>12180 Greenock Ln.<br>Los Angeles, CA 90049 | Wayne Platt<br>wplatt@marlacap.com | Professional Services | | | | Unknown |
| 19 | | | | | | | |
| 20 | | | | | | | |

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name  MOM BS Investco LLC |
| United States Bankruptcy Court for the: _____  District of Delaware |
| Case number (*If known*): _____ (State) |

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/28/2025        ☒ */s/ Jason Everett Miller*
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

Jason Everett Miller
Printed name

Manager of MOM BS Manager LLC, sole Managing Manager of MOM BS Investco LLC
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

12078499v.1